955 A.2d 346

COMMONWEALTH of Pennsylvania, Respondent

v.

Leroy COOK, Petitioner.

Supreme Court of Pennsylvania.

Aug. 15, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of August, 2008, the Motion for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**